IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD BULLOCK, | ) | |
| | ) | Case No. 4:06-CV-03133 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARCHER DANIELS MIDLAND COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the Court on the defendant's unopposed motion for an extension of time to file the Rule 26 report. The Court finds that the motion should be granted.

    IT IS THEREFORE ORDERED THAT the defendant's unopposed motion to extend the time to file the Rule 26 report is granted and the deadline for submission of the Rule 26 report is extended to September 1, 2006.

    Dated this 10th day of August, 2006.

                                       BY THE COURT

                                       s/ *David L. Piester*

                                       David L. Piester
                                       United States Magistrate Judge