IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3133 |
| | ) | |
| v. | ) | |
| | ) | |
| ARCHER DANIELS MIDLAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue is granted and the Rule 26 telephone planning conference is continued from today to November 6, 2006 at 9:00 a.m.  Plaintiff's counsel shall initiate the call.

DATED this 2nd day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge