IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3133 |
| | ) | |
| v. | ) | |
| | ) | |
| ARCHER DANIELS MIDLAND, Company, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The court has been advised that the parties in the above-
captioned matter have reached a settlement of their claims.

   Accordingly,

   IT IS ORDERED:

   (1)  Within thirty days of the date of this order the
parties shall file a joint stipulation for dismissal (or other
dispositive stipulation) with the clerk of the court and provide
a draft order to the undersigned magistrate judge which will
fully dispose of the case;

   (2)  Absent compliance with this order, this case (including
all counterclaims and the like) may be dismissed without further
notice;

   (3)  This case has been removed from the trial docket upon
representation by the parties that the case has settled.

   DATED this 26th day of January, 2007.

                         BY THE COURT:

                         s/ *David L. Piester*
                         David L. Piester
                         United States Magistrate Judge