```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

RICHARD BULLOCK,                  )
                                  )
              Plaintiff,          )         4:06CV3133
                                  )
      v.                          )
                                  )
ARCHER DANIELS MIDLAND,           )    JUDGMENT OF DISMISSAL
Company,                          )
                                  )
              Defendant.          )
                                  )
```

Upon the joint stipulation for dismissal filed by Plaintiff and Defendant, filing 29, and for cause shown, the Court finds that such joint motion should be, and hereby is sustained.

IT IS THEREFORE HEREBY ORDERED: The above-captioned action is dismissed with prejudice, each party to pay his or its own attorneys fees and costs incurred herein.

DATED this 1st day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge